IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01151-WDM-KLM

MAGIN PADILLA,

    Plaintiff,

v.

BARRY PARADUS, Colorado Department of Corrections Clinical Services, John Doe
    and Jane 1-25 and Complete Medical Staff,
KELLY WASKO, H.S.A. RN, Colorado Dept. of Corrections, Arkansas Valley
    Correctional Facility, and Complete Medical Staff, John and Jane Does 25-50,
P.A. TEGINDER SINGH, A.V.C.F.,
P.A. TED LAWRENCE, A.V.C.F.,
CYNDIA MARTINEZ, Medical Records, A.V.C.F.,
CATHIE HOLST, Manager Office of Correctional Legal Services AIC-ADA Inmate
    Coordinator,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
D  .  R. COLORADO

AUG 3 0 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 8/28/07

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01151-WDM-KLM

Magin Padilla
Prisoner No. 61643
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Barry Paradus, Kelly Wasko, PA Teginder Singh,
PA Ted Lawrence, Cynthia Martinez, and Cathie Holst, **- WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Barry Paradus, Kelly Wasko, PA Teginder Singh, PA Ted Lawrence, Cynthia Martinez, and Cathie Holst; and to John Suthers: COMPLAINT FILED 06/29/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/30/07.

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk