IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-01151-WDM-KMT

MAGIN PADILLA,

    Plaintiff,

v.

BARRY PARADUS, Colorado Department of Corrections Clinical Services, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Kathleen M. Tafoya (doc no 50), filed August 25, 2008, that Defendants' Motion to Dismiss (doc no 24) be granted and that this case be dismissed. Plaintiff did not file an objection to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).[1] For the reasons that follow, I will accept the recommendation.

At the time he filed his complaint, Plaintiff was an incarcerated prisoner.[2] His claims, pursuant to 42 U.S.C. § 1983, are asserted against various Colorado Department of Corrections officials and relate to his medical care during his incarceration. Magistrate Judge Tafoya recommends the following: all claims against Defendants in their official capacities be dismissed based on Eleventh Amendment immunity; all claims against

---

[1] Plaintiff also did not file any response to the motion to dismiss.

[2] According to Defendants, Plaintiff was paroled on or around November 13, 2007.

Defendants Pardus, Holst, and Martinez be dismissed because Plaintiff has not alleged facts demonstrating personal participation by these defendants in any alleged constitutional or other violation; Plaintiff's claims based on the CDOC's practice of charging inmates copayments for medical treatment be dismissed because he has not alleged that he was denied medical care because of inability to pay or any other injury; and Plaintiff's Eighth Amendment claim for failure to provide adequate medical care be dismissed because he has alleged neither a serious medical condition nor deliberate indifference on the part of the defendants. I agree with Magistrate Judge Tafoya's analysis and accept her recommendation in its entirety.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Kathleen M. Tafoya (doc no 50), filed August 25, 2008, is accepted.

2. Defendants' Motion to Dismiss (doc no 24) is granted. Plaintiff's complaint is dismissed.

3. Defendants may have their costs.

DATED at Denver, Colorado, on September 18, 2008.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge